ERIC LANDAU
SHAWN M. HARPEN
McDERMOTT, WILL & EMERY
18191 Von Karman Avenue, Suite 400
Irvine, CA 92612-7107
Telephone: (949) 851-0633
Facsimile: (949) 851-9348

Attorneys for defendant
THADDEUS W. SMITH

[Additional Counsel Listed on Signature Page]

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 2 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

YMELDA T. PATRICK, an individual,

Plaintiff,

v.

RONALD J. PATRICK, an individual; VERN PECK, an individual; THADDEUS SMITH, an individual; JAMES TURNER, ESQ., an individual; ALICE PATRICK NIGL, an individual; ALACER CORP., a California Corporation; and DOES 1-100, inclusive,

Defendants.

Case No. SACV03-1741 JVS (MLGx)

**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DATES TO COMPLAINT AND OUTSTANDING DISCOVERY**

[L.R. 8-3]

LODGED

DEC 1 1 2003

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY                              DEPUTY

ENTER ON ICMS

DEC 1 5 2003

ORIGINAL

The parties herein, by and through their respective counsel of record, do stipulate and agree as follows:

1.    WHEREAS, on November 5, 2003, plaintiff Ymelda Patrick filed a complaint against defendants Ronald J. Patrick, Vern Peck, Thaddeus Smith, James Turner, Alice Patrick Nigl and Alacer Corporation ("Alacer") in the Superior Court of the State of California, County of Orange, bearing Case No. 03CC13335 (the "Complaint");

2.    WHEREAS, defendants received a copy of the Complaint no earlier than November 5, 2003, when they were served with the Complaint and a summons from the state court;

3.    WHEREAS, defendants removed the action to this Court on December 4, 2003, based on federal question jurisdiction;

4.    WHEREAS, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, defendants' response to the Complaint is presently due on December 11, 2003;

5.    WHEREAS, Alacer propounded certain interrogatories that presently require a response by plaintiff on or before December 23, 2003;

6.    WHEREAS, to ensure sufficient time to properly address the issues, the parties have agreed to extend the dates on which defendants are required to respond to the Complaint and on which plaintiff is required to respond to the outstanding discovery requests issued by Alacer;

7.    WHEREAS, pursuant to Local Rule 8-3, the parties may file a stipulation extending the time for defendants to respond to the initial Complaint by not more than 30 days without approval from the Court; however, because the 30-day extension falls on a weekend, out of an abundance of caution, the parties believe that it is appropriate to include a proposed order for the extension of

STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY

defendants' response date to the Monday that follows the 30-day extension stipulated to by the parties.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. All properly served defendants will be required to file and serve their responses to the Complaint on or before January 12, 2003; and

2. Plaintiff will be required to serve her written responses to the interrogatories issued by Alacer on or before January 22, 2003.

Dated: December __11__, 2003

JILLYN HESS-VERDON
MICHAEL E. REZNICK
Hess-Verdon & Associates
620 Newport Center Drive, Suite 1030
Newport Beach, CA 92660
Telephone: (949) 706-7300
Facsimile: (949) 706-7373

By:_____
Michael E. Reznick
Attorneys for plaintiff
YMELDA PATRICK

Dated: December _____, 2003

ERIC LANDAU
SHAWN M. HARPEN
McDermott, Will & Emery

By:_____
Eric Landau
Attorneys for defendant
THADDEUS W. SMITH

-2-

STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY

defendants' response date to the Monday that follows the 30-day extension stipulated to by the parties.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.    All properly served defendants will be required to file and serve their responses to the Complaint on or before January 12, 2003; and

2.    Plaintiff will be required to serve her written responses to the interrogatories issued by Alacer on or before January 22, 2003.

Dated:    December _____, 2003    JILLYN HESS-VERDON
MICHAEL E. REZNICK
Hess-Verdon & Associates
620 Newport Center Drive, Suite 1030
Newport Beach, CA  92660
Telephone:  (949) 706-7300
Facsimile:  (949) 706-7373


By:_____
Michael E. Reznick
Attorneys for plaintiff
YMELDA PATRICK

Dated:    December _11_, 2003    ERIC LANDAU
SHAWN M. HARPEN
McDermott, Will & Emery


By:_____
Eric Landau
Attorneys for defendant
THADDEUS W. SMITH

STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY

Dated:   December ___11___, 2003

CHARLES L. HARRIS
Lewis, Brisbois, Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA  92626-1925
Telephone:  (714) 545-9200
Facsimile:  (714) 850-1030

By: _____ No. 84424
Charles L. Harris
Attorneys for defendant
JAMES TURNER

Dated:   December _____, 2003

DAVID R. GARCIA
JOHN E. BOWERBANK, III
Sheppard, Mullin, Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Telephone:  (213) 617-4246
Facsimile:  (213) 620-1398

By: _____
David R. Garcia
Attorneys for defendant
VERN PECK

Dated:   December _____, 2003

THEODORE I. WALLACE, JR.
Rutan & Tucker LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-1931
Telephone:  (714) 641-5100
Facsimile:  (714) 546-9035

By: _____
Theodore I. Wallace, Jr.
Attorneys for defendant
RONALD J. PATRICK

C:\WINDOWS\TEMP\ORC 3264
28 1.DOC:C:\WINDOWS\TEMP\OR
C_3264281.DOCC:\WINDOWS\TE

-3-

STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY

Dated:      December_____, 2003

CHARLES L. HARRIS
Lewis, Brisbois, Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626-1925
Telephone: (714) 545-9200
Facsimile: (714) 850-1030


By:_____
   Charles L. Harris
   Attorneys for defendant
   JAMES TURNER

Dated:      December __*11*__, 2003

DAVID R. GARCIA
JOHN E. BOWERBANK, III
Sheppard, Mullin, Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Telephone: (213) 617-4246
Facsimile: (213) 620-1398


By:_____
   David R. Garcia
   Attorneys for defendant
   VERN PECK

Dated:      December_____, 2003

THEODORE I. WALLACE, JR.
Rutan & Tucker LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-1931
Telephone: (714) 641-5100
Facsimile: (714) 546-9035


By:_____
   Theodore I. Wallace, Jr.
   Attorneys for defendant
   RONALD J. PATRICK

-3-

STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY

Dated:        December_____, 2003        CHARLES L. HARRIS
                                         Lewis, Brisbois, Bisgaard & Smith LLP
                                         650 Town Center Drive, Suite 1400
                                         Costa Mesa, CA 92626-1925
                                         Telephone: (714) 545-9200
                                         Facsimile: (714) 850-1030


                                         By:_____
                                               Charles L. Harris
                                               Attorneys for defendant
                                               JAMES TURNER

Dated:        December _____, 2003       DAVID R. GARCIA
                                         JOHN E. BOWERBANK, III
                                         Sheppard, Mullin, Richter & Hampton
                                         333 South Hope Street, 48th Floor
                                         Los Angeles, CA 90071
                                         Telephone: (213) 617-4246
                                         Facsimile: (213) 620-1398


                                         By:_____
                                               David R. Garcia
                                               Attorneys for defendant
                                               VERN PECK

Dated:        December_10_, 2003         THEODORE I. WALLACE, JR.
                                         Rutan & Tucker LLP
                                         611 Anton Boulevard, Suite 1400
                                         Costa Mesa, CA 92626-1931
                                         Telephone: (714) 641-5100
                                         Facsimile: (714) 546-9035


                                         By:_____
                                               Theodore I. Wallace, Jr.
                                               Attorneys for defendant
                                               RONALD J. PATRICK

-3-
STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY

Dated:          December ___, 2003          J. JOHN ANDERHOLT, III
                                            Anderholt & Turner LLP
                                            74-770 Highway 111, Suite 201
                                            Indian Wells, CA 92210
                                            Telephone: (760) 674-0998
                                            Facsimile: (760) 674-0925


                                            By: _____
                                                J. John Anderholt, III
                                                Attorneys for defendant
                                                ALACER CORPORATION


Dated:          December ___, 2003          DOUGLAS R. MACLEITH
                                            Rogers, MacLeith & Stolp, LLP
                                            10061 Talbert Avenue, Suite 300
                                            Fountain Valley, CA 92708
                                            Telephone: (714) 847-6041
                                            Facsimile: (714) 968-3372


                                            By: _____
                                                Douglas R. MacLeith
                                                Attorneys for defendant
                                                ALICE PATRICK NIGL


-4-

STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY

Dated:    December _ __, 2003          J. JOHN ANDERHOLT, III
                                       Anderholt & Turner LLP
                                       74-770 Highway 111, Suite 201
                                       Indian Wells, CA 92210
                                       Telephone: (760) 674-0998
                                       Facsimile: (760) 674-0925


                                       By:_____
                                          J. John Anderholt, III
                                          Attorneys for defendant
                                          ALACER CORPORATION


Dated:    December _/1_, 2003          DOUGLAS R. MACLEITH
                                       Rogers, MacLeith & Stolp, LLP
                                       10061 Talbert Avenue, Suite 300
                                       Fountain Valley, CA 92708
                                       Telephone: (714) 847-6041
                                       Facsimile: (714) 968-3372


                                       By:_____
                                          Douglas R. MacLeith
                                          Attorneys for defendant
                                          ALICE PATRICK NIGL

-4-                                    STIPULATION AND PROPOSED ORDER
                                       EXTENDING RESPONSE DATES TO
                                       COMPLAINT AND DISCOVERY

## [PROPOSED] ORDER

Before the Court is the parties' stipulation to extend defendants' response dates to the Complaint and plaintiff's response date to outstanding discovery. Having considered the stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED THAT:

1.      All properly served defendants will file and serve their responses to the Complaint on or before January 12, 2003; and

2.      Plaintiff will serve her written responses to the interrogatories issued by Alacer Corporation on or before January 22, 2003.

Dated:  _____12.12.03_____          _____
                                        United States District Judge

STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the City of Irvine, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 18191 Von Karman Avenue, Suite 400, Irvine, California 92612-0187. On December 11, 2003, I served the foregoing document entitled **STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DATES TO COMPLAINT AND OUTSTANDING DISCOVERY,** on the parties in this action, as follows:

**SEE ATTACHED MAILING LIST**

[X] (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of McDermott, Will & Emery for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL SERVICE) I caused the above-mentioned document to be hand delivered on the same date.

[ ] (BY FEDERAL EXPRESS) I am readily familiar with the practice of McDermott, Will & Emery for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

[X] (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission to the parties described above; the transmission was reported as completed and without error.

[ ] (STATE) I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on December 11, 2003, at Irvine, California.

KELLY A. MARKWICK

-6-

STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY

## MAILING LIST

Jillyn Hess-Verdon                          **Attorneys for plaintiff**
Michael E. Reznick                          **Ymelda Patrick**
Hess-Verdon & Associates
620 Newport Center Drive, Suite 1030
Newport Beach, CA 92660
Tel: 949-706-7300
Fax: 949-706-7373

Charles L. Harris                           **Attorneys for defendant**
Lewis, Brisbois, Bisgaard & Smith LLP       **James Turner**
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626-1925
Tel: 714-545-9200
Fax: 714-850-1030

David R. Garcia                             **Attorneys for defendant**
John E. Bowerbank, III                      **Vern Peck**
Sheppard, Mullin, Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
Tel: 213-617-4246
Fax: 213-620-1398

Theodore I. Wallace, Jr.                    **Attorneys for defendant**
Rutan & Tucker LLP                          **Ronald J. Patrick**
611 Anton Boulevard Suite 1400
Costa Mesa, CA 92626-1931
Tel: 714-641-5100
Fax: 714-546-9035

J. John Anderholt, III                      **Attorney for defendant**
Anderholt & Turner LLP                      **Alacer Corporation**
74-770 Highway 111, Suite 201
Indian Wells, CA 92210
Tel: 760-674-0998
Fax: 760-674-0925

Douglas R. MacLeith                         **Attorney for defendant**
Rogers, MacLeith & Stolp, LLP               **Alice Patrick Nigl**
10061 Talbert Avenue, Suite 300
Fountain Valley, CA 92708
Tel: 714-847-6041
Fax: 714-968-3372

STIPULATION AND PROPOSED ORDER
EXTENDING RESPONSE DATES TO
COMPLAINT AND DISCOVERY