P-Send

Jillyn Hess-Verdon, Esq. (SBN 146626)
Michael E. Reznick, Esq. (SBN 116126)
HESS-VERDON & ASSOCIATES
620 Newport Center Drive
Suite 1030
Newport Beach, CA 92660
Phone:(949)706-7300
Fax: (949)706-7373

Attorneys for Plaintiff, YMELDA PATRICK

FILED 2003 DEC 16 PM 3: 44 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| YMELDA T. PATRICK, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RONALD J. PATRICK, an individual; VERN PECK, an individual; THADDEUS SMITH, an individual; JAMES TURNER, ESQ., an individual, ALICE PATRICK NIGL, and individual, ALACER CORP., a California Corporation; and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO.: SACV03-1741 JVS (MLGx) <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> [FRCP 41 (a)] |

✓ Docketed
✓ Copies / NTC Sent
✓ JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

YOU ARE HEREBY NOTIFIED THAT pursuant to Fed. R. Civ. Pro. 41 (a), Plaintiff YMELDA PATRICK voluntarily dismisses the above-captioned action without prejudice.

DATED: December 16, 2003

ENTER ON ICMS

DEC 17 2003

HESS-VERDON & ASSOCIATES

By:_____
        Michael E. Reznick

Attorneys for Plaintiff, YMELDA PATRICK

NOTICE OF VOLUNTARY DISMISSAL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Newport Beach, County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 620 Newport Center Drive, Suite 1030, Newport Beach, California 92660.

On December 16, 2003, I served the foregoing document entitled **NOTICE OF VOLUNTARY DISMISSAL**, on the parties in this action, as follows:

### SEE ATTACHED MAILING LIST

✔ BY MAIL: I deposited such envelopes in the mail at Newport Beach, California. The envelopes were mailed by *first class* with postage thereon fully prepaid.

___ BY PERSONAL SERVICE: Orange Courier Messenger and Attorney Service delivered such envelopes by hand to the offices of the addressees.

___ BY FACSIMILE TRANSMISSION: I caused each page of the document to be sent by automatic facsimile transmission to the following telephone numbers:(_____): (_____): (___) and confirmed by voice communication that the transmission was received:

___ STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

✔ FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 16, 2003, at Newport Beach, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

_____
Michael E. Reznick

NOTICE OF VOLUNTARY DISMISSAL                    2

**MAILING LIST**

| | |
|---|---|
| Charles L. Harris<br>Lewis, Brisbois, Bisgaard & Smith LLP<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626-1925<br>Tel: 714-545-9200<br>Fax: 714-850-1030 | Attorneys for defendant<br>James Turner |
| David R. Garcia<br>John E. Bowerbank, III<br>Sheppard, Mullin, Richter & Hampton<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071<br>Tel: 213-617-4246<br>Fax: 213-620-1398 | Attorneys for defendant<br>Vern Peck |
| Theodore I. Wallace, Jr.<br>Rutan & Tucker LLP<br>611 Anton Boulevard, Suite 1400<br>Costa Mesa, CA 92626-1931<br>Tel: 714-641-5100<br>Fax: 714-546-9035 | Attorneys for defendant<br>Ronald J. Patrick |
| J. John Anderholt, III<br>Anderholt & Turner LLP<br>74-770 Highway 111, Suite 201<br>Indian Wells, CA 92210<br>Tel: 760-674-0998<br>Fax: 760-674-0925 | Attorneys for defendant<br>Alcer Corporation |
| Douglas R. MacLeith<br>Rogers, MacLeith & Stolp, LLP<br>10061 Talbert Avenue, Suite 300<br>Fountain Valley, CA 92708<br>Tel: 714-847-6041<br>Fax: 714-968-3372 | Attorneys for defendant<br>Alice Patrick Nigl |
| Eric Landau<br>Shawn M. Harpen<br>McDermott, Will & Emery<br>18191 Von Karmen Avenue, Suite 400<br>Irvine, CA 92612-7107<br>Tel: 949-851-0633<br>Fax: 949-851-9348 | Attorneys for defendant<br>Thaddeus W. Smith |

NOTICE OF VOLUNTARY DISMISSAL                              3